UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
In re:                                          :            13-MC-420     (BMC)
                                                :
FENG LI,   an attorney                          :
 admitted to practice before this Court,        :
                                                :
                    Respondent.                 :
                                                :
------------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

An order having been entered in the Supreme Court of the State of New Jersey, Appellate Division, disbarring respondent from the practice of law before that Court,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court upon such terms and conditions as set forth in the above mentioned order and until further order of this Court, and that this order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent if service is unavailable via ECF, and to close the within action without prejudice to reopening the matter upon application of respondent.


SO ORDERED.

Dated :     Brooklyn, New York
            May   30  , 2012


                                        _____
                                        BRIAN M. COGAN, U.S.D.J.
                                        Chairman of the Committee on
                                         Grievances, E.D.N.Y.